1  CATHERINE Y. LUI (SBN 239648)
   clui@orrick.com
2  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
6
   Attorneys for Third-Party Defendant
7  eGym, Inc.

8  [Counsel for Brunswick Corporation On
   Signature Page]
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

14  NEXTPULSE LLC, a Delaware Limited          Case No. 4:22-cv-04071-HSG
    Liability Corporation, successor to
15  NETPULSE, INC., a Delaware Corporation,    **STIPULATION AND ORDER
                                               EXTENDING EGYM, INC'S TIME
16              Plaintiff,                     TO RESPOND TO FOURTH
                                               AMENDED CROSS-COMPLAINT**
17         v.
                                               Judge:    Hon. Haywood S. Gilliam, Jr.
18  BRUNSWICK CORPORATION, a Delaware
    Corporation, and DOES 1-25, inclusive,
19
                Defendant.
20

21  AND RELATED CROSS-ACTIONS

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6-2, Third-Party Defendant eGym, Inc. and Third-Party Plaintiff Brunswick Corporation stipulate to an extension of time for eGym to respond to the Fourth Amended Cross-Complaint (or a "third-party complaint" per the nomenclature in Federal Rule of Civil Procedure 14) (the "FACC") and respectfully request an order granting the same.

WHEREAS, the Parties previously stipulated and the Superior Court ordered that eGym's response to the FACC is due on or before September 19, 2022;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C) eGym's response to the FACC is due seven days after removal, or July 18, 2022;

WHEREAS, eGym and Brunswick are in the midst of ongoing settlement discussions and that have made significant progress; and

WHEREAS, eGym and Brunswick agree that eGym's response to the FACC should be continued pending completion of settlement discussions;

NOW, THEREFORE, eGym and Brunswick stipulate as follows:

1.    eGym shall file its response to the FACC on or before September 19, 2022, and to the extent eGym files a motion to which a response is required Brunswick shall have 21 days to file an opposition brief, eGym shall have seven days to file a reply, and eGym shall notice the motion hearing with sufficient time for briefing to be completed at least 14 days prior to the hearing.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2022 | Respectfully submitted, |
| 2 | | CATHERINE Y. LUI |
| | | NATHAN SHAFFER |
| 3 | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | |
| 5 | | By: /s/ Nathan Shaffer |
| | | NATHAN SHAFFER |
| 6 | | Attorneys for Third-Party Defendant |
| | | eGym, Inc. |
| 7 | | |
| 8 | Dated: July 18, 2022 | Respectfully submitted, |
| | | PATRICIA L. PEDEN |
| 9 | | KRISTIN E. CHARBONNIER |
| | | Burke, Williams & Sorenson LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Patricia L. Peden |
| | | PATRICIA L. PEDEN |
| 13 | | Attorneys for Crossclaim Plaintiff |
| | | Brunswick Corporation |

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/18/2022

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE