CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Third-Party Defendant
eGym, Inc.

[Counsel for Brunswick Corporation On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEXTPULSE LLC, a Delaware Limited Liability Corporation, successor to NETPULSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUNSWICK CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. 4:22-cv-04071-HSG<br><br>**STIPULATION AND ORDER EXTENDING EGYM, INC'S TIME TO RESPOND TO FOURTH AMENDED CROSS-COMPLAINT**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr. |

1    Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6-2, Third-Party Defendant eGym, Inc. and Third-Party Plaintiff Brunswick Corporation stipulate to an extension of time for eGym to respond to the Fourth Amended Cross-Complaint (or a "third-party complaint" per the nomenclature in Federal Rule of Civil Procedure 14) (the "FACC") and respectfully request an order granting the same.

WHEREAS, the Parties previously stipulated and this Court ordered that eGym's response to the FACC is due on or before September 19, 2022;

WHEREAS, eGym desires to have briefing related to its response to the FACC completed and heard by this Court shortly after Nextpulse's Motion to Remand (ECF No. 20) is heard; and

WHEREAS, Brunswick does not object to eGym's request;

NOW, THEREFORE, eGym and Brunswick stipulate as follows:

1.   eGym shall file its response to the FACC on or before October 14, 2022. Brunswick's opposition shall be due November 11, 2022. eGym shall have until November 23, 2022, to file a reply. eGym shall notice the motion hearing with sufficient time for briefing to be completed at least 14 days prior to the hearing.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2022 | Respectfully submitted, |
| 2 | | CATHERINE Y. LUI |
| | | NATHAN SHAFFER |
| 3 | | Orrick, Herrington & Sutcliffe LLP |

By:   */s/ Catherine Y. Lui*
          CATHERINE Y. LUI
  Attorneys for Third-Party Defendant
             eGym, Inc.

Dated: September 14, 2022        Respectfully submitted,

PATRICIA L. PEDEN
KRISTIN E. CHARBONNIER
Burke, Williams & Sorenson LLP


By:   */s/ Patricia L. Peden*
        PATRICIA L. PEDEN
  Attorneys for Crossclaim Plaintiff
       Brunswick Corporation

**Pursuant to stipulation, IT IS SO ORDERED.**

Dated:   9/15/2022

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                             */s/*  *Catherine Y. Lui*
                                                                 Catherine Y. Lui

| | |
|---|---|
| 1 | CATHERINE Y. LUI (SBN 239648) |
| | clui@orrick.com |
| 2 | NATHAN SHAFFER (SBN 282015) |
| | nshaffer@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:    +1 415 773 5700 |
| | Facsimile:    +1 415 773 5759 |
| 6 | |
| 7 | Attorneys for Third-Party Defendant |
| | eGym, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEXTPULSE LLC, a Delaware Limited Liability Corporation, successor to NETPULSE, INC., a Delaware Corporation, | Case No. 4:22-cv-04071-HSG |
| | **LUI DECLARATION** |
| Plaintiff, | |
| v. | Judge:    Hon. Haywood S. Gilliam, Jr. |
| BRUNSWICK CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive, | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS | |

LUI DECL.
4:22-CV-04071-HSG

I, Catherine Y. Lui, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and counsel of record for eGym, Inc. ("eGym"). I am familiar with the events, pleadings, and discovery in this action, and if called as a witness I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of eGym and Brunswick Corporation's ("Brunswick", together with eGym the "Parties") stipulation and request to extend eGym's time to respond to the Fourth Amended Cross-Complaint ("FACC").

2. This action was pending in the Superior Court located in the City and County of San Francisco until it was removed on July 12, 2022. The Superior Court previously granted a stipulated request for eGym to respond to the FACC on or before September 19, 2022, because the Parties were and continue to be engaged in productive settlement discussions. After removal, Federal Rule of Civil Procedure 81(c)(3)(C) made eGym's response due on July 19, 2022. Upon stipulation by the Parties, this Court issued an order resetting eGym's deadline to respond to September 19, 2022. Plaintiff Nextpulse filed a motion to remand on August 4, 2022, which is set for hearing on December 15, 2022.

3. After meeting and conferring in good faith, the Parties agreed that the hearing on any motion eGym may file in response to the FACC should be heard after the pending motion to remand. The Parties agreed to reset the deadline for: 1) eGym to file a response to the FACC to October 14, 2022; 2) Brunswick to file an opposition to eGym's response to November 11, 2022; and, 3) eGym to file a reply to Brunswick's opposition to eGym's response to November 23, 2022. Further, the Parties agreed that eGym shall notice the motion hearing with sufficient time for briefing to be completed at least 14 days prior to the hearing.

//
//
//
//
//

1     4.    This is the second extension of time sought from this Court. The Rule 16 schedule has not yet been set, and the requested extension will not impact any other current case deadlines. The parties do not anticipate any further extension requests on this deadline.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of September, 2022, at Newport Coast, CA.

                                                       */s/ Catherine Y. Lui*
                                                         Catherine Y. Lui