Kristin E. Charbonnier (SBN 294919)
E-mail:  kcharbonnier@bwslaw.com
Patricia L. Peden (SBN 206440)
E-mail:  ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA  94612-3520
Tel:  510.273.8780   Fax:  510.839.9104

Attorneys for Defendant and Cross-Complainant
BRUNSWICK CORPORATION, a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEXTPULSE, LLC, a Delaware Limited Liability Corporation, successor to NETPULSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUNSWICK CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.  4:22-cv-04071-HSG (DMR)<br><br>**BRUNSWICK CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: March 23, 2023<br>Time: 1:00pm<br>Courtroom:<br><br>Judge:     Hon. Donna M. Ryu |

Pursuant to Civil Local Rule 79-5(f), Defendant Brunswick Corporation ("Defendant") hereby submits this Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.

Documents NP692966.000001 and NP777229.000001 were produced by plaintiff Nextpulse, LLC on January 9, 2023 and designated "Confidential." A true and correct copy of NP692966.000001 and NP777229.000001 is attached as **Exhibit 2** to the Declaration of Kristin E. Charbonnier iso

Burke, Williams & Sorensen, LLP
Attorneys At Law
San Francisco

- 1 -

MOTION TO CONSIDER SEALING OF
OTHER PARTY MATERIALS
4:22-CV-04071-HSG

1  Brunswick Corporation's Administrative Motion to Consider Whether Another Party's Materials
2  should be sealed.
3      In 2020, third party August Capital produced document AUG00014856 and designated the
4  document "Confidential." A true and correct copy of AUG00014856 is attached as **Exhibit 6** to the
5  Declaration of Kristin E. Charbonnier iso Brunswick Corporation's Administrative Motion to
6  Consider Whether Another Party's Materials should be sealed.
7      The documents are being filed concurrently with Brunswick's Motion to Compel Unredacted
8  Lenet Documents.
9      The exhibits in the instant Administrative Motion are numbered to correspond with the exhibit
10 numbers in the concurrently filed motion to compel. The instant motion contains only Exhibits 2 and
11 6.

Dated: February 8, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: *[signature]*
Patricia L. Peden
Kristin E. Charbonnier
Attorneys for Defendant
BRUNSWICK CORPORATION

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

MOTION TO CONSIDER SEALING OF
OTHER PARTY MATERIALS
4:22-CV-04071-HSG