Kristin E. Charbonnier (SBN 294919)
E-mail: kcharbonnier@bwslaw.com
Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA  94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant and Cross-Complainant
BRUNSWICK CORPORATION, a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEXTPULSE, LLC, a Delaware Limited Liability Corporation, successor to NETPULSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUNSWICK CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>Defendant. | Case No.  4:22-cv-04071-HSG (DMR)<br><br>**{PROPOSED] ORDER RE BRUNSWICK CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: March 23, 2023<br>Time: 1:00pm<br>Courtroom:<br><br>Judge:    Hon. Donna M. Ryu |
| AND RELATED CROSS-ACTIONS | |

Having reviewed and considered Brunswick Corporation's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed and Designating Party's statement, the Court [GRANTS/DENIES] the motion.

| Docket No. Public/ (Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. __ / (Dkt. No. __) | NP692966.000001 and NP777229.000001 | | | |
| Dkt. No. __ / (Dkt. No. __) | AUG00014856 | | | |

**IT IS SO ORDERED.**

DATED: _____   _____
                                                        Donna M. Ryu
                                                        United States Magistrate Judge